**W. C. Bennett, defendant in error, v. Charles L. Michod, plaintiff in error. Gen. No. 30,808.**

Action for services rendered. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 5, 1926.

Samuel B. Hill and Joseph P. Power, for plaintiff in error. James Percival Pio, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**Louis F. Elvin, defendant in error, v. George Wuchetich, plaintiff in error. Gen. No. 30,859.**

Replevin. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed. Opinion filed October 5, 1926. Rehearing denied October 18, 1926.

Cohen, Tomas & Cohen, for plaintiff in error. Bernstein, Zolla & Bernstein, for defendant in error; Wendell Carnahan, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Tony Tallerico, plaintiff in error. Gen. No. 30,908.**

Prosecution for malicious injury and defacement of building. Judgment of conviction. Error to the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926.

William Sherman Stahl and Ernest Stout, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**Charles F. Henry, appellant, v. William H. Hoppenjans, appellee. Gen. No. 30,921.**

Action for rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926.

Walter Hamilton, for appellant. Edward J. Green, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Joseph G. Johns, administrator of the estate of Grace Martha Johns, appellee, v. The Peoples Gas Light & Coke Company, appellant. Gen. No. 30,931.**

Action for wrongful death. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 5, 1926. Rehearing denied October 18, 1926.

Cooke, Sullivan & Ricks, for appellant; Oliver R. Barrett, of counsel. Jacobson, Merrick & Latter, for appellee.

Mr. Justice Barnes delivered the opinion of the court.